**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 26-3175

Caption [use short title]: Heeter v. James

**Motion for:** unopposed motion to expedite appeal

Set forth below precise, complete statement of relief sought:
expedite appeal, enter abbreviated briefing schedule
set case for oral argument in earliest available
sitting in March or April 2027

**MOVING PARTY:** Letitia James, Steven G. James

**OPPOSING PARTY:** Benjamin Heeter et al.

☐ Plaintiff ☒ Defendant

☒ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Ester Murdukhayeva

**OPPOSING ATTORNEY:** Nicholas Rotsko

[name of attorney, with firm, address, phone number and e-mail]

| Moving Attorney | Opposing Attorney |
|---|---|
| Office of the New York Attorney General | Fluet |
| 28 Liberty Street, NewYork, NY 10005 | 1751 Pinnacle Drive, Ste. 1000, Tysons, VA 22102 |
| ester.murdukhayeva@ag.ny.gov, 212-416-6279 | nrotsko@fluetlaw.com, 703-590-0366 |

Court- Judge/ Agency appealed from: U.S. District Court for the Western District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:

**Signature of Moving Attorney:**

/s/ Ester Murdukhayeva **Date:** 11/5/2026 Service : ☒ Electronic ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

## UNOPPOSED MOTION TO EXPEDITE

Defendants-appellants Letitia James, in her official capacity as Attorney General of the State of New York, and Steven G. James, in his official capacity as Superintendent of the New York State Police (together, the State Defendants) respectfully move this Court to expedite this appeal by entering an abbreviated briefing schedule and by setting the case for oral argument during the earliest available sitting in March or April 2027. Counsel for plaintiffs-appellees Benjamin Heeter, Joseph Wurtenberg, and the Firearms Policy Coalition do not oppose this request.

## BACKGROUND

In June 2022, the New York Legislature enacted New York Penal Laws §§ 270.21 and 270.22 and New York General Business Law § 396-eee as part of a package of gun-reform laws passed in response to numerous mass shootings in the United States. Sections 270.21 and 270.22 prohibit the purchase and sale of body armor for individuals not employed in certain eligible professions, including police officers, peace officers, persons in military service, or other professions designated by the New York Department of State. "Body armor" is defined for purposes

of these laws as "any product that is a personal protective body covering intended to protect against gunfire, regardless of whether such product is to be worn alone or is sold as a complement to another product or garment." N.Y. Penal L. § 270.20(2).

In July 2024, plaintiffs filed this suit in the U.S. District Court for the Western District of New York against the State Defendants and several county district attorneys who are separately represented. Plaintiffs argued that the body-armor laws violated the Second and Fourteenth Amendments and sought declaratory judgment, injunctive relief, and fees and costs under 42 U.S.C. §§ 1983 and 1988.

In October 2026, the district court (Sinatra, J.) granted plaintiffs' motion for summary judgment and denied State Defendants' motion for summary judgment. The court concluded that both the individual and organizational plaintiffs had standing to bring a pre-enforcement challenge to the body-armor laws, and that the body-armor laws were not consistent with the nation's tradition of firearm regulation. *See* W.D.N.Y. ECF No. 95.

The district court stayed the judgment for fourteen days stay to permit the State Defendants to seek relief from this Court. The court

subsequently so-ordered a stipulation wherein the parties agreed that the stay would remain in place pending resolution of this appeal, contingent on this Court's granting of the motion for an expedited appeal. *See* W.D.N.Y. ECF No. 104 (Nov. 4, 2026).

**THE PROCEEDING SHOULD BE EXPEDITED**

Given the important state interests and constitutional questions presented in this appeal, State Defendants ask this Court to adopt an expedited briefing and oral argument schedule. Moreover, an expedited briefing and oral argument schedule would permit the parties' stipulated stay pending appeal to remain in place without need for further motion practice in this Court.

The parties have conferred and propose a schedule that grants each side 45 days to file their opening briefs, followed by 14 days for the reply brief. The parties further propose that the case be set for argument during an available sitting in March or April 2027. The proposed briefing and argument schedule is:

State Defendants-Appellants' Brief: December 14, 2026

Plaintiffs-Appellees' Brief: January 28, 2027

State Defendants-Appellants' Reply Brief: February 11, 2027

Oral Argument: March or April 2027

The proposed briefing and argument schedule provides sufficient time to brief the complex legal issues presented. At the same time, it ensures that the appeal will be heard expeditiously. Therefore, State Defendants respectfully request that this unopposed motion to expedite be granted.

Dated: New York, New York
November 5, 2026

Respectfully submitted,

LETITIA JAMES
*Attorney General*
*State of New York*
Attorney for Appellants

By: */s/ Ester Murdukhayeva*
ESTER MURDUKHAYEVA
*Deputy Solicitor General*

BARBARA D. UNDERWOOD
*Solicitor General*
ESTER MURDUKHAYEVA
*Deputy Solicitor General*
ALEXANDRIA TWINEM
*Assistant Solicitor General*

## CERTIFICATE OF COMPLIANCE

Pursuant to Rules 27 and 32 of the Federal Rules of Appellate Procedure, Ester Murdukhayeva, an employee in the Office of the Attorney General of the State of New York, hereby certifies that according to the word count feature of the word processing program used to prepare this document, the document contains 590 words and complies with the typeface requirements and length limits of Rules 27(d) and 32(a)(5)-(6).

*/s/ Ester Murdukhayeva*
Ester Murdukhayeva