# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Heeter v. James ____ Docket No.: 26-3175 _______

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Alexandria Twinem

Firm: NYS Office of the Attorney General

Address: The Capitol, Albany, NY 12224

Telephone: 518-776-2050 ________________________ Fax: ____________

E-mail: alexandria.twinem@ag.ny.gov

**Appearance for:** Appellants Letitia James and Steven G. James
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ____________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: ______ ____________________)
(name/firm)

☑ Additional counsel (co-counsel with: Ester Murdukhayeva)
(name/firm)

☐ Amicus (in support of: ____________________)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on ____________________ OR

☐ I applied for admission on ____________________.

Signature of Counsel: /s/ Alexandria Twinem

Type or Print Name: Alexandria Twinem