# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Heeter v. James Docket No.: 26-3175

Lead Counsel of Record (name/firm) or Pro se Party (name): Alexandria Twinem, NYS Office of the Attorney General

Appearance for (party/designation): Appellants Letitia James and Steven G. James

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
Parties: ______
( ) Incorrect. Please change the following parties' designations:
Party Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Alexandria Twinem
Firm: New York State Office of the Attorney General
Address: The Capitol, Albany, NY 12224
Telephone: 518-776-2050 Fax: 518-915-7723
Email: alexandria.twinem@ag.ny.gov

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: ______

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: ______

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on ______ OR that ( ) I applied for admission on ______ or renewal on ______. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Alexandria Twinem
Type or Print Name: Alexandria Twinem
OR
Signature of pro se litigant: ______
Type or Print Name: ______
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.