# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of November, two thousand twenty-six.

Before: Sarah A. L. Merriam,
*Circuit Judge.*

---

Benjamin Heeter, Joseph Wurtenberg, Firearms Policy Coalition, Inc.,

Plaintiffs - Appellees,

Mark Braiman,

Plaintiff,

v.

Letitia James, in her official capacity as Attorney General of the State of New York, Steven G. James, in his official capacity as Superintendent of the New York State Police,

Defendants - Appellants,

Michael J. Keane, et al.,

Defendants.

---

**ORDER**

Docket No. 26-3175

Appellants move to expedite the appeal on the following schedule: Appellants' brief is due by December 14, 2026; Appellees' brief is due by January 28, 2027; Appellants' reply brief is due by February 11, 2027; and argument held in March or April of 2027.

IT IS HEREBY ORDERED that the briefing schedule is GRANTED as requested. The oral argument date will be set by the Clerk's Office and the merits panel.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

