# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Heeter v. James _____ Docket No.: 26-3175 _______

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Peter A. Patterson

Firm: Cooper & Kirk, PLLC

Address: 1523 New Hampshire Ave. NW, Washington, D.C. 20036

Telephone: (202) 220-9600 ________________________ Fax: (202) 220-9601

E-mail: ppatterson@cooperkirk.com

**Appearance for:** Plaintiffs-Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ____________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: _______ )
(name/firm)

☑ Additional counsel (co-counsel with: David H. Thompson/Cooper & Kirk, PLLC )
(name/firm)

☐ Amicus (in support of: ____________________)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on ____________________ OR

☐ I applied for admission on ____________________.

Signature of Counsel: /s/ Peter A. Patterson

Type or Print Name: Peter A. Patterson