# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Heeter v. James  Docket No.: 26-3175

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: William V. Bergstrom

Firm: Cooper & Kirk, PLLC

Address: 1523 New Hampshire Ave. NW, Washington, D.C. 20036

Telephone: (202) 220-9600  Fax: (202) 220-9601

E-mail: wbergstrom@cooperkirk.com

**Appearance for:** Plaintiffs-Appellees
(party/designation)

**Select One:**

- [ ] Substitute counsel (replacing lead counsel: ________________________________)
(name/firm)
- [ ] Substitute counsel (replacing other counsel: ________________________________)
(name/firm)
- [x] Additional counsel (co-counsel with: David H. Thompson/Cooper & Kirk, PLLC)
(name/firm)
- [ ] Amicus (in support of: ________________________________)
(party/designation)

## CERTIFICATION

I certify that:

- [x] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on ________________________________ OR
- [ ] I applied for admission on ________________________________.

Signature of Counsel: /s/ William V. Bergstrom

Type or Print Name: William V. Bergstrom