# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Heeter v. James Docket No.: 26-3175

Lead Counsel of Record (name/firm) or Pro se Party (name): David H. Thompson/Cooper & Kirk, PLLC

Appearance for (party/designation): Plaintiffs-Appellees

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
Parties: ____
( ) Incorrect. Please change the following parties' designations:
Party Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: David H. Thompson
Firm: Cooper & Kirk, PLLC
Address: 1523 New Hampshire Ave. NW, Washington, D.C. 20036
Telephone: (202) 220-9659 Fax: (202) 220-9601
Email: dthompson@cooperkirk.com

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: ____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: ____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on January 19, 2024 OR that ( ) I applied for admission on ____ or renewal on ____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ David H. Thompson
Type or Print Name: David H. Thompson
OR
Signature of pro se litigant: ____
Type or Print Name: ____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.